UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ACORN, et al., | : CIVIL. ACTION NO. |
| Plaintiffs, | : 3:04-CV-1624 (MRK) |
| v. | : |
| SUSAN BYSIEWICZ, in her official capacity as Secretary of State for the State of Connecticut, | : |
| Defendant. | : |
| | : APRIL 11, 2005 |

## DEFENDANT'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF PROPOSED EXPERT LORRAINE C. MINNITE

Defendant, Secretary of State Susan Bysiewicz, hereby moves in limine to exclude the testimony of plaintiffs' proposed expert, Assistant Professor Lorraine Minnite ("Minnite"). Plaintiffs bring this case challenging Connecticut's 14-day voter registration deadline and seeking an order requiring the Legislature to craft legislation providing for election day registration ("EDR"). Plaintiffs offer Minnite as an expert on a purported lack of voter fraud in EDR states and the likelihood of voter fraud if Connecticut were to adopt EDR. See Minnite Report (copy attached to supporting memorandum as Exhibit A) at 1. Submitted herewith are a supporting memorandum and exhibits.

The scope of Minnite's purported "expertise" pertains to the frequency with which Lexis/Nexis news databases post articles mentioning voter fraud, and therefore she is not qualified as an expert under Federal Rule of Evidence 702 and the standards established in Daubert v. Merrill Dow Pharm., Inc., 509 U.S. 579, 589-90 (1993). She

possesses virtually no meaningful experience and knowledge in voter fraud issues and election procedure, and her testimony will not assist this Court.  Minnite's research methods and principles are woefully inadequate, and her conclusions are illogical and inadequately supported.  For these reasons, defendant respectfully asks that her motion be granted.

>
> DEFENDANT,
> SUSAN BYSIEWICZ, in her official capacity as Secretary of State for the State of Connecticut
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> BY:   /s/ Perry Zinn Rowthorn
> Perry Zinn Rowthorn (ct19749)
> Robert W. Clark (ct18681)
> Susan Q. Cobb (ct03850)
> Assistant Attorneys General
> 55 Elm Street
> P.O. Box 120
> Hartford, CT  06141-0120
> Tel: (860) 808-5020
> Fax: (860) 808-5347
> Perry.Zinn-Rowthorn@po.state.ct.us
> Robert.Clark@po.state.ct.us
> Susan.Cobb@po.state.ct.us

## **CERTIFICATION**

I hereby certify that on April 11, 2005, a copy of the foregoing Defendant's Motion in Limine to Exclude Testimony of Proposed Expert Lorraine C. Minnite was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system

/s/ Perry Zinn Rowthorn
Perry Zinn Rowthorn (ct19749)
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
Perry.Zinn-Rowthorn@po.state.ct.us
